State of Tx.
Vs.

Walter F. Ross

FILED IN
COURT OF APPEALS

MAY 1 3 2015

LISA MATZ
CLERK, 5th DISTRICT

05-15-00608-CR

Motion For Appeal

Case No.
F-15-53396-W

Incident No./TRN:
9176865126

In The 363rd
Judicial District
Court
Dallas County, Texas

I Walter Ross are currently incarcerated in the Dallas County Jail. I have been incarcerated since the month 4 day of April (month) 4th (day) of 2015. I am waving my right for counsel to pursue this motion for an appeal. I am indigent and are unable to employ counsel.

. I was coerced in to signing my plea by my appointed counsel and the prosecution.

Please request information at any time from the return address, please send me a filed copy of written motion.

Respecfully Submitted,
Walter F. Ross

Walter Ross

Unsworn Declaration

I Walter Ross understand the penalty for perjury. I am competent, everything that is written here is true to best of my ability.

Date- 5-7-2015

UNITED STATES POSTAGE

02 1R
0002010651
MAILED FROM ZIP CODE 75202

$ 00.48°
MAY 08 2015
PINEY BOWES

FIRST CLASS

Walter Ross #150150236
P.O. Box 660334 KT036
Dallas, Tx., 75266-0334

5th Court of Appeals
600 Commerce St
Dallas, Tx., 75266

75202$4515